# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>Appellant,<br><br>vs.<br><br>PREMIER ONE HOLDINGS, INC., A NEVADA CORPORATION,<br><br>Respondent. | No. 73499<br><br>**FILED**<br><br>AUG 08 2017<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Linda Marie Bell, District Judge
       Akerman LLP/Las Vegas
       Morris Law Center
       Eighth District Court Clerk